UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-190-T-17MAP

ALBERT E. MOORE, JR.

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment in the amount of $671,022.99. The amount of the Forfeiture Money Judgment shall be determined by the Court at sentencing.

Being fully advised of the relevant facts, the Court hereby finds that at least $671,022.99 in proceeds was obtained from the conspiracy and the wire fraud scheme to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be liable for a forfeiture money judgment in the amount of $671,022.99, for which he will be held jointly and severally liable with co-defendants Corey Coley, Senior for the full amount, with Tigi Moore for $96,747.00, and with co-conspirator Mattie Philon for $665,611.99. *See United States v. Philon*, Case No. 8:13-cr-157-T-35EAJ.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this __25th__ day of __March__, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record